The People agt. Cook.

## SUPREME COURT.

THE PEOPLE OF THE STATE OF NEW YORK agt. COOK.

In an action in the nature of a quo warranto, the place of trial may properly be laid in any county in the state. The People are a party whose residence extends to every county.

*Cayuga Circuit, February* 1852. This was an action in the nature of a *quo warranto*, against the defendant, for an alleged usurpation of the office of treasurer of the state of New York; and the place of trial named in the complaint was Tompkins county. A motion was now made by the defendant for a change of the place of trial to Albany county, on the ground that the defendant resided in that county at the commencement of the action.

W. L. LEARNED, *for Defendant.*

GEO. RATHBUN, *for Plaintiffs.*

SELDEN, Justice—Denied the motion, on the ground that the residents of Tompkins county were parties to the action, and therefore that the place of trial was properly laid in a county where part of the plaintiffs resided.